(Rev. 5/2/01) CCDR 0601

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

IN RE:

ROSE D. HARDING,

NO. 080461

PETITIONER

AND 2007

SIMEON LEWIS, CALENDAR

RESPONDENT

## DOMESTIC RELATIONS COVER SHEET

A Domestic Relations Cover Sheet shall accompany the initial pleading in all actions filed in the Domestic Relations Division. The information contained herein is for administrative purposes only and shall not be introduced into evidence. Please check the box designating the category which best describes the action to be filed.

### GENERAL PROCEEDINGS

**VOLUNTARY ACKNOWLEDGEMENT**

| | | |
|---|---|---|
| A | 0017 | ❏ Praecipe for Dissolution of Marriage |
| B | 0018 | ❏ Praecipe for Legal Separation |
| C | 0001 | ❏ Petition for Dissolution of Marriage |
| D | 0003 | ❏ Petition for Legal Separation |
| E | 0002 | ❏ Petition for Declaration of Invalidity of Marriage |
| F | 0006 | ❏ Petition for Legal Separation or /alternative Dissolution of Marriage |
| G | 0009 | ❏ Petition for Declaration of Invalidity or /alternative Dissolution of Marriage |
| H | 0010 | ❏ Joint Petition for Simplified Dissolution of Marriage |
| I | 0004 | ❏ Petition for Custody only |
| J | 0011 | ❏ Petition for Custody (Hague Convention) |
| K | 0005 | ❏ Petition for Visitation only |
| L | 0007 | ❏ Petition for Order of Protection only (which may include custody/visitation issues) |
| M | 0085 | ❏ Petition to Register Foreign Judgment |
| N | | ❏ Other Petition |

### SUPPORT ENFORCEMENT PROCEEDINGS

| | | |
|---|---|---|
| O | 0038 | ☒ Administrative Declaration of Parentage |
| P | 0034 | ❏ Parentage (IV-D) |
| Q | 0033 | ❏ Parentage (non IV-D) |
| R | 0035 | ❏ Article X (IV-D) |
| S | 0039 | ❏ Article X (non IV-D) |
| T | 0036 | ❏ UIFSA |

This action ☒ does \ ❏ does not involve a minor child or children
       0100         0101

ROSE D. HARDING
6101 N. WASHTENAW
CHICAGO, IL 60656

❏ Attorney    ☒ Pro Se
Attorney Code: 99500

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

BNSF RAILWAY COMPANY
PO BOX 1738
TOPEKA KS  66601-1738

DATE: APRIL 16, 2014
CP Name: ROSE HARDING
CP RIN: 135769925
NCP Name: SIMEON W. AMEN RA
NCP RIN: 123066953

IV-D No.: C01055196
Docket No.: 2007D0080461
FIPS No: 1703100

3321

## Payment Path Change Notice

Healthcare and Family Services is providing Child Support Services and pursuant to **305 ILCS 5/10-10.4, 750 ILCS 5/507.1, 750 ILCS 45/21.1 and 750 ILCS 16/25**, all future support payments for this case are to be forwarded to the State Disbursement Unit. The Child Support Program is established by Title IV-D of the Social Security Act and cited state law.

Please FAX the following documents marked by an (X):

( )  copy of the latest court order,

( )  all payment records,

( )  income withholding order/notice.

### Notification of Court Proceedings

Pursuant to 305 ILCS 5/10-10, the Department has the right to receive notice of any proceedings in this case. Notice should be sent to:

COOK SOUTHERN REGION
6221 S EMERALD DR # 1
CHICAGO IL   60621-2059

### Redirection of Support Payments

You are hereby notified that the Department is authorized to collect child support payments for this case. Effective immediately, we request that the SDU disburse all child support payments for the above case.

All child support payments from or on behalf of the non-custodial parent for the above docket should be forwarded from this point on to:

State Disbursement Unit
P.O. Box 5400
Carol Stream IL  60197-5400

Also pursuant to 305 ILCS 5/10-10.4, the Clerk of the Circuit Court shall file a copy of this notice in the court file.

A COPY OF THIS DOCUMENT WAS SENT TO THE FOLLOWING: ROSE HARDING, SIMEON W. AMEN RA

DOROTHY BROWN
CLERK

2014 MAY 29 AM 9:36

FILED
CLERK OF THE CIRCUIT COURT
CHILD SUPPORT DIVISION

041614        C01055196        135769925        123066953        2007D0080461
HFS 3613A (R-7-10)                                                  IL478-2325

| 4217 | - Continuance - Allowed | 4435 | - Order on Motion to Provide Medical Insurance - Allowed |
| --- | --- | --- | --- |
| 4250 | - Order, Plaintiff, Defendant or Witness to Appear - Allowed | 4512 | - Order Arrearage Set (amount needed) - Allowed |
| 4253 | - Produce Exhibits or other Records or Documents or Person - Allowed | 4567 | - Order For Child Support - Allowed |
| 4284 | - Strike or Withdraw Motion or Petition - Allowed | 4568 | - Order Temporary Maintenance - Allowed |
| 4312 | - Finding of Delinquency - Allowed | 4600 | - Order Support Payments Made Direct to Petitioner |
| 4324 | - Child Support Order Above Statutory Guidelines - Allowed | 4601 | - Order Support Payments Made Direct to C.C.C./S.D.U. - Allowed |
| 4325 | - Child Support Order Below Statutory Guidelines - Allowed | 4604 | - Order Support Payments Made Direct to Respondent - Allowed |
| 4386 | - Order to Pay Fees - Allowed | | |

(Rev. 4/01/05) CCDR 0107 A

ADD ON

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

PAGE 1 OF 6

UNIFORM ORDER FOR SUPPORT
☒ Initial Order ☐ Modification ☐ Enforcement

ROSE HARDING,
Petitioner / ☒ Obligee
v.
SIMEON LEWIS
Respondent / ☐ Obligee

Docket No. 07 D 8246l
IV D-No. C _____
Calendar No. 95
☐ Illinois Department of Public Aid is, or has been, granted leave to intervene.

SEP 19 2007
Circuit Court - 1959

Definitions: Obligor - An individual who owes a duty to make support payments pursuant to an order for support
Obligee - An individual to whom a duty of support is owed or the individual's legal representative
Payor - Any payor of income to an obligor
Unallocated Support - A total amount for maintenance and child support and not a specific amount for either

8001
4567
4600
4435 D
4251 D
4304

THIS MATTER coming to be heard on Petiton for ☐ Rule and/ or ☐ Modification ☒ Support ☐ Judgment
The Court Finds:
The Court has jurisdiction of the parties and the subject matter and that due notice was given by _____
_____ on _____.
☐ a) The net income of the Obligor is $ approx 3500 per twice a month.
☐ b) The amount of arrearage/judgment as of the date of this order is $ _____ for child support and
$ _____ for maintenance or unallocated support as follows: $ _____ to Obligee,
$ _____ to the Illinois Department of Public Aid, and/or $ _____ to the Petitioning
State of _____.
☐ c) The amount of child support cannot be expressed exclusively as a dollar amount because all or a portion of the
Obligor's net income is uncertain as to source, time of payment, or amount.
☐ d) Retroactive child support is $ _____ from _____ to _____.

The ☒ Obligee ☐ Obligees's Attorney ☒ Obligor ☐ Obligor's Attorney ☐ Assistant State's Attorney, being present
☐ This matter being an Interstate Case, ☒ Voluntary Acknowledgment of Paternity was signed on 9/13/07.
It is Ordered: ☐ After hearing ☒ By agreement of the parties ☐ By default that:
SIMEON LEWIS, _____, Obligor, is to provide:

☐ MAINTENANCE (Do not complete this section if Unallocated Support is ordered.)

Payment Amount:
Current Maintenance: $ _____
Arrearage Payment: $ _____

Payment Frequency:
☐ every week ☐ every other week
☐ monthly
☐ twice each month on _____ & _____
Payments Begin: _____ (date) ☐ other _____ (date)

☒ CHILD SUPPORT OR ☐ UNALLOCATED SUPPORT
Payment Amount:
Current Child Support Payment or
Unallocated Support Payment: $ 300.00
Arrearage/Retroactive Payment: $ _____
Other Payment $ _____
Payments Begin: 9-13-2007 (date)
Judgment in the amount of $ _____
is entered against the Obligor on the arrears.
Interest $ _____

Payment Frequency:
☐ every week
☐ every other week
☐ monthly
☒ twice each month on 13th & 28th
☐ other _____ (date)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

☐ **PERCENTAGE AMOUNT OF CHILD SUPPORT** (Complete this section only if finding (c) is checked above.)

In addition to the specific dollar amount of support ordered above, current child support shall be paid in the amount of _____ % of Obligor's _____ payable _____ .
The Obligor is further ordered to provide income records sufficient to determine and enforce the percentage amount of child support *within 7 days* of receipt of income subject to this percentage assessment, to the ☐ Obligee and ☐ Clerk of the Court.

☐ **ADDITIONAL CONDITIONS OR FINDINGS**

☐ Child Support payment amount deviates from the amount required by statutory minimum guidelines. The amount of support that would have been required under the guidelines is $ _____ .

Reasons for deviation: _____

_____

_____

_____

☐ Child Support is based on the needs of the child.

The Child/ren covered by this Order is/are:

| ▓▓▓▓▓▓▓▓▓▓ | Date of Birth: ▓▓▓▓▓ | Social Security No.: _____ |
| ▓▓▓▓▓ | Date of Birth: ▓▓▓▓ | Social Security No.: _____ |
| _____ | Date of Birth: _____ | Social Security No.: _____ |
| _____ | Date of Birth: _____ | Social Security No.: _____ |
| _____ | Date of Birth: _____ | Social Security No.: _____ |
| _____ | Date of Birth: _____ | Social Security No.: _____ |

☒ **PAYMENT ARRANGEMENTS**

C H E C K   O N L Y   O N E

☐ *(Payments must be sent to the STATE DISBURSEMENT UNIT if this box is checked.)*

A Notice to Withhold Income shall be issued immediately and shall be served on the employer at the address listed in this Order. Payments shall be made payable to the State Disbursement Unit and sent to the State Disbursement Unit at P. O. Box 5400, Carol Stream, IL 60197-5400. Payments must include CASE NUMBER, COUNTY of the Court issuing this Order, and Obligor's name and social security number. Any subsequent employer may be served with a Notice to Withhold Income without further order of the Court.

☑ The parties have entered into a written agreement providing for an alternative arrangement for the payment of support that is approved by the Court and attached to this Order, meeting all requirements of, and consistent with, applicable law. An income withholding notice is to be prepared and served only if the Obligor becomes delinquent in paying the order of support. Payments shall be made in accordance with the written agreement of the parties attached hereto. In the event the income withholding notice is served, payments shall be made to the State Disbursement Unit as set forth above.

4386 ☒ In addition to and separate from amounts ordered to be paid as maintenance or child support, the Obligor shall pay a $36 per year Separate Maintenance and Child Support Collection Fee. This sum shall be paid directly to the Clerk of the Circuit Court of Cook County, at 28 N. Clark St. Room 200, Chicago, IL 60602, and *not* to the State Disbursement Unit.

Docket No. _____   IV D-No. _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

☒ **DELINQUENCY**

If the Obligor becomes delinquent in the payment of support after the entry of this Order for Support, the Obligor must pay, in addition to the current support obligation, the sum of (a) $ 120.00 for delinquent child support per the payment frequency ordered above for child support, and (b) $ _____ for delinquent maintenance or unallocated support per the payment frequency ordered above for maintenance or unallocated support, until the delinquency is paid in full. (This additional amount, the total of (a) and (b), shall not be less than 20 percent of the total of the current support amount and the amount to be paid for payment of any arrearage stated in the Order for Support.) A support obligation, or any portion of a support obligation which becomes due and remains unpaid for 30 days or more, shall accrue interest at the rate of 9% per annum.

☒ **TERMINATION**

This Obligation to pay child support terminates on 2 - 9 - 2019 unless modified by written order of the Court or unless the child will not graduate from high school until after attaining the age of 18, then the termination date shall be the earlier of the child's high school graduation or the date on which the child will attain the age of 19. This termination date does not apply to any arrearage that may remain unpaid on that date.

☒ **ARREARS PAYMENT**

If any arrears or past due support is owed upon termination, the amount being paid immediately preceding termination, including any current support payment, arrearage payment and/or any delinquency, will continue to be collected as an obligation, not as current support, but as a periodic payment toward satisfaction of the unpaid support. All past due support obligations are still subject to any other special collection methods available to the Illinois Department of Public Aid (such as tax refund offsets and bank liens), as provided by law.

☒ **MEDICAL INSURANCE**

The ☒ Obligor, ☐ Obligee, ☐ Obligor *and* Obligee, shall provide health insurance for the child(ren): ☐ as provided in previous order entered on _____ ; ☒ enrolling them in any health insurance coverage available through the ☐ Obligor's, ☐ Obligee's, ☐ Obligor's *and* Obligee's, employment or ☐ securing a private health insurance policy, accepted by the Obligor and Obligee or approved by the Court, which names the child(ren) as beneficiary. The Obligor shall provide to the Obligee a copy of the insurance policy and the insurance card within *45 days*. The employer or labor union or trade union shall disclose information concerning dependent coverage plans whether or not a court order for medical support has been entered. 750 ILCS 5/505.2.

☒ The Obligor is liable for 50 % of medical expenses incurred by the minor child(ren) and not covered by insurance.
4284 ☐ The issue of medical insurance is withdrawn.

---

*It is further ordered that* (except when the Court finds that the physical, mental or emotional health of a party or that of a minor child, or both, would be seriously endangered by disclosure of the party's address:)

The Obligor shall give written notice to the Clerk of the Court, and *if* a party is receiving child and spouse services under Article X of the Illinois Public Aid Code, to the Department of Public Aid, *within 7 days,* of:
- any new residential, mailing address or telephone number;
- the name, address and phone number of any new employer, and;
- the policy name and identifying number(s) of health insurance coverage available.

The Obligor shall submit a written report of termination of employment and of new employment, including name and address of the new employer, to the Clerk of the Court and the Obligee *within 10 days.* Obligor and Obligee shall advise each other of a change of residence *within 5 days* except when the Court finds that the physical, mental or emotional health of a party or that of a minor child, or both, would be seriously endangered by disclosure of the party's address. An Obligee receiving payments through income withholding shall notify the Clerk of the Court and the State Disbursement Unit *within 7 days,* of change in residence. The Obligor and Obligee shall report to the Clerk of the Court any change of information included in the Child Support Data Sheet (Exhibit 1) *within 5 business days* of such a change.

☐ **UNEMPLOYMENT:**

☐ Respondent is unemployed and is ordered to seek employment. The Respondent must report periodically to the court with a diary listing the name, address, telephone number and contact person, of each employer with which he or she has sought employment.

Docket No. _____        IV D-No. _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

☐ Respondent is ordered to report to the Department of Employment Security for job search services or to complete an application with the local Job Training Partnership Act provider for participation in job search, training or work programs.

☐ Respondent is unemployed and is ordered to put forth a diligent effort to obtain employment and to cooperate with all instructions of the Illinois Department of Public Aid. The Respondent is ordered to report immediately to the Illinois Department of Public Aid's Non-Custodial Parent Services Unit, 32 W. Randolph St., 14th Floor, for assessment and assignment into the court monitored Job Search program or Earnfare program. *Upon finding employment, the Respondent shall notify IDPA in writing at 32 W. Randolph St., 9th Floor, Chicago, IL 60601 within seven days.* The Respondent must submit the name and address of the employer, the start date, and the rate of pay to the IDPA Non-Custodial Parent Services Unit. The Respondent's failure to comply with the requirements of this order may result in the State's Attorney seeking a contempt of court order. (Note: Earnfare requires a $50.00 minimum support order.)

☐ *GENETIC TEST REIMBURSEMENT:* Obligor shall pay $ _____ to the Illinois Department of Public Aid (IDPA) for a genetic test reimbursement. Payments must be made in lump sum or installments by personal check or money order payable to Illinois Department of Public Aid and either mailed to: Illinois Department of Public Aid, Title IV-D Accounting Unit, P.O. Box 19138, Springfield, IL 62705-9138, or conveyed as otherwise directed by the Court. Payment must include IV-D number as shown on this Order.

This Order does not preclude the Illinois Department of Public Aid from collecting any arrearage established by or which may accrue under this Order for Support by use of the offset provisions of Section 6402(c) of the Internal Revenue Code of 1954, and 15 ILCS 405/10.05(a) as amended. Such arreage shall be considered as "past due" or "due and payable" within the meaning of said statutory provisions. This order does not preclude the placing of a lien on real and personal assets or initiating a proceeding for garnishment, attachment of sequestration pursuant to law and the Code of Civil Procedure.

This order of support supercedes any and all prior orders of support under this case number.

☒ Other: _Agreed Order is guidelines-based + by agreement._
_Payments directly to mother_

_Parentage established by V.A.P._

☐ This cause is continued for _O/C_ to _____,
at _____ m. ☐ without further notice ☐ without further notice to Petitioner

☐ without further notice to Respondent.

*FAILURE TO APPEAR MAY RESULT IN ENTRY OF A DEFAULT JUDGMENT.*

☐ FOR EXPEDITED CHILD SUPPORT CASES ONLY:

NOTICE OF RIGHT TO REQUEST A JUDICIAL HEARING: You have a right to request a Judicial Hearing. If either party does not agree to the recommended Order or any part thereof, this case will be transferred for an immediate Judicial Hearing.

Docket No. _____       IV D-No. _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

This order may be vacated or amended within 30 days of its entry. This order is not valid until signed by a judge.

So recommended to this Court by the Hearing Officer this _____ day of _____, _____

_____
Hearing Officer's Signature

_____  4/17/07
Petitioner/ Obligee's Signature

_____  4/13/07
Respondent/ Obligor's Signature

_____
Petitioner/ Obligee's Attorney's Signature

_____
Respondent/ Obligor's Attorney's Signature

The support obligation herein required under this order, or any portion of the obligation, which becomes due and remains unpaid for 30 days or more shall accrue simple interest at the rate of 9% per anum.

**FAILURE TO OBEY ANY OF THE PROVISIONS OF THIS ORDER MAY RESULT IN A FINDING OF CONTEMPT OF COURT.**

_____
Date

_____  _____
Judge                    Judge's No.

**Prepared by:**

Atty. Code No.: 99500

Name: ROSE D. HARDING

Atty. for: _____

Address: 6101 N. WASHTENAW

City/State/Zip: CHICAGO, IL 60656

Telephone: (773) 263-1052