# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Simeon Washa Amen Ra, Ex rel<br>Simeon Lewis<br>Plaintiff<br><br>vs.<br><br>BNSF RAIL WAY COMPANY,<br>Named and Unnamed employees<br>Defendants | Case No: 14 CV 7173<br><br>Honorable John Z. Lee<br><br>Magistrate Judge Sheila Finnegan<br><br>**FILED**<br>JUL 1 4 2015<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

## NOTICE OF PLAINTIFF'S MOTION FOR EMERGENCY INJUCTIVE RELIEFF

TO: Daley Mohan Groble
    Heather R. Adams
    55 W. Monroe, Suite 1600
    Chicago, Illinois 60603

PLEASE TAKE NOTICE that on July 16 at 2 PM or as soon as thereafter as counsel may be heard, I shall appear before the Honorable Judge John Z. Lee, or whomever may be sitting in her stead in Courtroom 2214 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn St., Chicago, Illinois, and then and there present **Motion for Injunctive Relief** a copy of which is attached and hereby served upon you.

Respectfully submitted,

/s/ simeon washa amen re Ex
P.O. Box 199273
Chicago, Illinois 60619

1

## CERTIFICATE OF SERVICE

The undersigned, Pro se of record for the plaintiff, hereby certifies that on July 14, he served a copy of the above Affidavit in support of, Motion for Emergency Injunctive Relief and this certificate of service, on:

TO: Daley Mohan Groble
     Heather R. Adams
     55 W. Monroe, Suite 1600
     Chicago, Illinois 60603

By certified mail: 7013 2250 0002 2521 9904

TO: BNSF RAIL WAY COMPANY
     Brandi Varner, Garnishment Manger
     P.O.BOX 1738
     TOPEKA, KS. 66601-1738 381

By Fax: <u>785 435-3496</u>

Respectfully submitted,

/s/ simeon washa amen ra
P.O. Box 199273
Chicago, Illinois 60619