UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Simeon Lewis
                                    Plaintiff,

v.                                             Case No.: 1:14–cv–07173
                                                          Honorable John Z. Lee

BNSF Rail Way Company
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 16, 2015:

      MINUTE entry before the Honorable John Z. Lee: Plaintiff has filed an emergency motion for a preliminary injunction [71]. Because Judge Lee is not hearing motions through July 22nd, Plaintiff is directed to contact the emergency judge on duty if Plaintiff still wishes to proceed on an emergency basis. Notices mailed by Judicial Staff.(psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.