Simeon Lewis
                              Plaintiff,

v.                                        Case No.: 1:14–cv–07173
                                          Honorable John Z. Lee

BNSF Rail Way Company
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 16, 2015:

   MINUTE entry before the Honorable Sheila M. Finnegan: Motion Hearing held on 7/16/2015. Defendant's response with attachment of the notices of levy to Plaintiff's emergency preliminary injunction [71] to be filed by 7/30/2015. Plaintiff 9;s reply due by 8/13/2015. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.