# IN UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Simeon Washa Amen Ra,  ) Civil Action file
Ex Rel Simeon Lewis  )
Plaintiff  ) No: 14-CV-7173
  )
vs.  ) Judge John Z. Lee
  ) Magistrate Judge Sheila M. Finnegan
BNSF RAILWAY COMPANY,  )
Named and Unnamed Employees  )
Defendant,  )
  )

**FILED**

JUL 2 0 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION FOR CLARIFICATION

Now comes, Simeon Washa Amen Ra (Plaintiff), before this honorable court seeking clarification on the order issued by Judge John Z. Lee. [Doc#70, Page 1 of 1]. Plaintiff is requesting clarification because after speaking with Magistrate Judge Sheila M. Finnegan on 07/16/15, there was some confusion as to any upcoming briefing schedules. Plaintiff was told by Magistrate Finnegan that she would not be handling the discovery supervisions at this time.

Plaintiff would like to know who and when the briefing schedule will be entered.

Respectfully submitted,

/s/ simeon washa amen ra
P.O. Box 199273
Chicago, Illinois 60619