ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Lewis          ,

Plaintiff(s),

v.

BNSF Rail Way Company
Matthew Rose,

Defendant(s).

Case No. 14-cv-7173
Judge John Z. Lee

## **JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendant BNSF Rail Way Company, Matthew Rose and against the plaintiff Simeon Lewis

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge John Z. Lee on a motion to dismiss

Date: 8/17/2015                    Thomas G. Bruton, Clerk of Court

                                   Carmen Acevedo , Deputy Clerk