UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Simeon Lewis
                                          Plaintiff,

v.                                                         Case No.: 1:14–cv–07173
                                                                    Honorable John Z. Lee

BNSF Rail Way Company
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 4, 2015:

      MINUTE entry before the Honorable John Z. Lee:Defendant's response to plaintiff's motion to reconsider judges order with objections [85] is due by 9/16/15; ruling will be by mail. No appearance is required on 9/10/15.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.