IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Simeon Washa Amen Ra, Ex rel Simeon Lewis<br>Plaintiff<br><br>    vs.<br>BNSF RAIL WAY COMPANY,<br>Named and Unnamed employees<br>Defendants | Case No: 14 CV 7173<br><br>Honorable John Z. Lee<br><br>Magistrate Judge Sheila Finnegan |

_____

**NOTICE OF MOTION**
_____

TO: Daley Mohan Groble
    Heather R. Adams
    55 W. Monroe, Suite 1600
    Chicago, Illinois 60603

PLEASE TAKE NOTICE that on September 30, 2015 at 9:00 a.m. or as soon as thereafter as counsel may be heard, I shall appear before the Honorable Judge John Z. Lee, or whomever may be sitting in his stead in Courtroom 1225 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn St., Chicago, Illinois, and then and there present **Motion for Injunctive Relief** a copy of which is attached and hereby served upon you.

                                                                 Respectfully submitted,

                                                                 /s/ Alia M Horwick
                                                                 600 West Van Buren, Suite 909
                                                                 Chicago, IL 60607