# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Simeon Lewis

                    Plaintiff,

v.                                       Case No.: 1:14–cv–07173
                                                                   Honorable John Z. Lee

BNSF Rail Way Company

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 23, 2015:

      MINUTE entry before the Honorable John Z. Lee: The Court strikes without prejudice Plaintiff's motion for preliminary injunction [93]. This case is closed. Whether a motion for preliminary injunction may be properly considered depends on the Court's ruling on Plaintiff's motion to reconsider [85]. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.