# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Simeon Washa Amen Ra, Ex rel Simeon Lewis<br>Plaintiff<br><br>v<br><br>BNSF RAIL WAY COMPANY,<br>Named and Unnamed employees<br>Defendants | Case No: 14 CV 7173<br><br>Honorable John Z. Lee<br><br>Magistrate Judge Sheila Finnegan |

**FILED**

FEB 29, 2016
2-29-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOTICE OF APPEAL

Notice is hereby given that Simeon Washa Amen Ra, in the above named case 14-cv-7173, Simeon Washa Amen Ra, Ex rel Simeon Lewis vs. BNSF RAIL WAY COMPANY, hereby appeal to the United States Court of Appeals for the seventh Circuit, from the final judgment on **DENIAL OF PLAINITFF'S MOTION TO RECONSIDER**, Judges Order Doc#99, **DISMISSAL OF PLAINTIFFS COMPLAINT**, Judges Order Doc #81, in their entirety, entered in this action on 2/10/16, 8/17/15.

Respectfully submitted,

/s/ simeon washa amen ra
P.O. Box 199273
Chicago, Illinois 60619
(773) 6481317
thechief1970@hotmail.com

Date: February 29, 2016

## CERTIFICATE OF SERVICE

The undersigned, Pro se of record for the plaintiff, hereby certifies that on February 29, 2016 he served a copy of the above, **NOTICE OF APPEAL** and this certificate of service, on:

Heather R. Adams
Daley Mohan Groble
55 W. Monroe, Suite 1600
Chicago, Illinois 60603

By USPS mail

Respectfully submitted,

/s/ simeon washa amen ra
P.O. Box 199273
Chicago, Illinois 60619