TQM

**AFFIDAVIT ACCOMPANYING MOTION FOR**
**PERMISSION TO APPEAL IN FORMA PAUPERIS**
**United States Court of Appeals**
**for the Seventh Circuit**

**FILED**

MAR 1 0 2016
3-10-2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Simeon Amen Ra,
Ex Rel Simeon Lewis

v.        Case No. 14-CV-07173

BNSF Railway

)
) Appeal from the United States District Court for the
) _Northern_ District of _Illinois Eastern_
)
) District Court No. _14-CV-7173_
)
) District Court Judge _John Z. Lee_
)
)

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621.)

Signed: Sim An Ra

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _3-9-16_

My issues on appeal are: Constitutional Violations
1. Courts ruling violates Plaintiffs 5th/14th Amendments — Procedural Due Process, Equal Protection of law
2. 7th Amendment — Jury trial
3. Deprivation of rights under color of law — Ruling not made based on Statutory Law, Bias, Class based mistreatment

**1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.**

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | | |
|---|---|---|---|---|---|
| | You | Spouse | You | Spouse | |
| Employment | $6,800 | $ NA | $0 | $ NA | spouse and I are separated |
| Self-employment | $0 | $ NA | $0 | $ NA | |
| Income from real property (such as rental income) | $0 | $ NA | $0 | $ NA | |
| Interest and dividends | $0 | $ NA | $0 | $ NA | |
| Gifts | $0 | $ NA | $0 | $ NA | |
| Alimony | $0 | $ NA | $0 | $ NA | |
| Child support | $0 | $ NA | $0 | $ NA | |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $ NA | $0 | $ NA | |
| Disability (such as social security, insurance payments) | $0 | $ NA | $0 | $ NA | |
| Unemployment payments | $0 | $ NA | $0 | $ NA | |
| Public-assistance (such as welfare) | $0 | $ NA | $0 | $ NA | |
| Other (specify): Rail Road Sick benefits | $0 | $ NA | $900.00 | $ NA | |
| **Total monthly income:** | $660.00 | $ NA | $900.00 | $ NA | |

1

**2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| BNSF Railway | 5601 W. 26th ST. | 10/22/93 | See attached Doc explains, fraudulent IRS Levy / garnishment |
| | | | |
| | | | |

**3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | N/A | Spouse and I are | |
| | | Separated | |
| | | | |

**4. How much cash do you and your spouse have? $ 0**

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

**5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.**

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | | Make & year: _____ |
| | | Model: _____ |
| | | Registration # _____ |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: _____ | _____ | _____ |
| Model: _____ | _____ | _____ |
| Registration # _____ | _____ | _____ |

**6. State every person, business, or organization owing you or your spouse money, and the amount owed.**

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | |

**7. State the persons who rely on you or your spouse for support.**

| Name | Relationship | Age |
|---|---|---|
| Syeed Lewis | Son | 16 |
| Seon Lewis | Son | 15 |
| | | |

**8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.**

|  | You | Your spouse Separated |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ 1,600.00 | $ NA |
| Are real estate taxes included? [ ] Yes [ X ]No  Home in foreclosure | | |
| Is property insurance included? [ ] Yes [ X ]No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 500.00 | $ NA |
| Home maintenance (repairs and upkeep) | $ 0 | $ NA |
| Food | $ 200.00 | $ NA |
| Clothing | $ 0 | $ NA |
| Laundry and dry-cleaning | $ 100.00 | $ NA |
| Medical and dental expenses | $ 0 | $ NA |
| Transportation (not including motor vehicle expenses | $ 0 | $ NA |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ NA |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ NA |
| Homeowner's or renter's | | |

Life          *Lost insurance Policy*          $ Ø          $ NA

Health          *plus co pay* 200.⁰⁰          $ 15-30          $ NA

Motor vehicle          $ 107⁰⁰          $ NA

Other: _____          $ Ø          $ NA

Taxes (not deducted from wages or included in mortgage payments) (specify):          $ Ø          $ NA

Installment payments          $ Ø          $ NA

Motor Vehicle          *repo Status* $ 410.⁰⁰          $ 490.⁰⁰ *repo Status*

Credit card (name): _____          $ Ø          $ NA

Department store (name): _____          $ Ø          $ NA

Other: _____          $ Ø          $ NA

Alimony, maintenance, and support paid to others          *Child support* $ 850.⁰⁰          $ NA

Regular expenses for operation of business, profession, or farm (attach detail)          $ Ø          $ NA

Other (specify): _____          $ Ø          $ NA

Total monthly expenses:          $ 3300.⁰⁰          $ NA

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [X] No  If yes, describe on an attached sheet. *On sick Leave*

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [ ] No  If yes, how much? $_____ Ø _____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

4

**11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?**

[  ] Yes [X] No  If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

**12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.**

See attached explaination

**13. State the address of your legal residence.**

7236 S. Michigan Ave

Chicago Illinois 60619

_____

Your daytime phone number: (773) 648-1317

Your age: 45  Your years of schooling: 12

Your social-security number: NA

Simeon Amen Ra v BNSF RAILWAY

14-CV-07173 on appeal, Case: 16-1444

**Plaintiff submits the following documents in support of pauper's petition**

These pay stubs list the gross earnings at the top right corner.

Plaintiff's pay stubs show unlawful IRS Levy amounts taken at 85%. This began 04/24/15 and is still continuing.

1. 04/24/15-take home pay $ 231.17

2. 05/08/15-take home pay $ 179.17

3. 12/23/15- take home pay $ 231.17. Total unlawfully taken in 2015 is $31,152.43

4. 02/10/16-take home pay $ 431.25

5. 02/25/16- take home pay $ 233.25. Total taken year to date for 2016 $6,645 and counting.


Plaintiff is on an medical leave of absence that began on 02/15/16, and I have not received my first sick benefit check from Rail Road Retirement I can only estimate the amount of benefits to be $600-850 monthly.

BNSF Railway Company

| PO Box 1733 Topeka KS 66601 | Personnel Number : 07441308 | | | | Pay Area | PAYMENT SUMMARY | |
|---|---|---|---|---|---|---|---|
| | Amen Ra, Simeon Washa | | | | OE | Total Gross Earnings | 4,894.26 |
| Pay Period 04/01/2015 to 04/15/2015 | Tax | Status | Exemption | Addl.Taxes | | Total Taxes | -1,764.92 |
| | | | | | | Total Before Tax Deductions | -198.00 |
| | FED | S | 00 | 0.00 | | Total After Tax Deductions | -2,931.34 |
| Pay Date      04/24/2015 | IL | S | 00 | 0.00 | | NET PAY | |
| | | | | | | | 0.00 |

### GROSS EARNINGS

| | Hours | Rate | Current |
|---|---|---|---|
| Straight Time | | | 2,471.52 |
| Overtime | | | 1,337.74 |
| Misc, Other Pay | | | 467.12 |
| Extra Board Guarantee | | | 617.88 |

### TAXES

| | | Current | Year-To-Date |
|---|---|---|---|
| Federal      FED Withholding Tax | | 999.42 | 7,228.34 |
| EE Railroad Rtmt Tier1 | | 291.17 | 2,156.49 |
| EE Railroad Rtmt Tier2 | | 230.12 | 1,704.32 |
| EE Medicare Tax | | 68.10 | 504.34 |
| State        IL Withholding Tax | | 176.11 | 1,304.33 |

| | | |
|---|---|---|
| TOTAL GROSS EARNINGS | 4,894.26 | |
| TOTAL TAXES | 1,764.92 | 12,897.82 |

### BEFORE TAX DEDUCTIONS

| | Current | Year-To-Date |
|---|---|---|
| Sch Medical - Pre-Tax | 198.00 | 792.00 |

### AFTER TAX DEDUCTIONS

| | Current | Year-To-Date |
|---|---|---|
| Union Dues BLET- 458 | | 347.00 |
| Union Dues UTU - 171 | | 152.00 |
| Child Support | 300.00 | 2,400.00 |
| IRS Federal Tax Levy | 2,397.67 | 2,397.67 |
| Support Fee | 2.50 | 20.00 |
| Additional Bank Deposit(s) | 231.17 | |

| | | |
|---|---|---|
| TOTAL BEFORE TAX DEDUCTIONS | 198.00 | 792.00 |
| TOTAL AFTER TAX DEDUCTIONS | 2,931.34 | 5,316.67 |

Messages:

| | |
|---|---|
| YTD Federal Tax Base | 34,782.07 |
| YTD Tier  I Tax Base | 34,782.07 |
| YTD Tier II Tax Base | 34,782.07 |

* Indicates Prior Period Amount(s)
# Not included in Gross but taxed

RETAIN THIS STATEMENT FOR YOUR RECORDS

## BNSF RAILWAY COMPANY

| MM | DD | YYYY |
|---|---|---|
| 04 | 24 | 2015 |

SIMEON WASHA AMEN RA
P.O. BOX 199273
CHICAGO IL  60619-1016

*Average Fake Home*

| Deposit Amount |
|---|
| $231.17 |

BNSF Railway Company

| PO Box 1738 Topeka KS 66601 | Personnel Number : 07440308 | | | Pay Area | PAYMENT SUMMARY | |
|---|---|---|---|---|---|---|
| | Amen Ra, Simeon Washa | | | OE | Total Gross Earnings | 4,495.92 |
| Pay Period 04/16/2015 to 04/30/2015 | Tax | Status | Exemption | Addl.Taxes | Total Taxes | -1,676.17 |
| | | | | | Total Before Tax Deductions | 0.00 |
| | | | | | Total After Tax Deductions | -2,819.75 |
| | FED | S | 00 | 0.00 | | |
| Pay Date    05/08/2015 | IL | S | 00 | 0.00 | NET PAY | 0.00 |

| GROSS EARNINGS | | | | TAXES | | |
|---|---|---|---|---|---|---|
| | Hours | Rate | Current | | Current | Year-To-Date |
| Straight Time | | | 2,471.52 | Federal      FED | | |
| Overtime | | | 1,406.52 | Withholding Tax | 943.33 | 8,171.67 |
| Extra Board Guarantee | | | 617.88 | EE Railroad Rtmt Tier1 | 278.75 | 2,435.24 |
| | | | | EE Railroad Rtmt Tier2 | 220.30 | 1,924.62 |
| | | | | EE Medicare Tax | 65.19 | 569.53 |
| | | | | State      IL | | |
| | | | | Withholding Tax | 168.60 | 1,472.93 |
| TOTAL GROSS EARNINGS | | | 4,495.92 | TOTAL TAXES | 1,676.17 | 14,573.99 |

| BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | |
|---|---|---|---|---|---|
| | Current | Year-To-Date | | Current | Year-To-Date |
| Sch Medical - Pre-Tax | | 792.00 | Union Dues BLET- 458 | 106.00 | 453.00 |
| | | | Union Dues UTU - 171 | | 152.00 |
| | | | Child Support | 300.00 | 2,700.00 |
| | | | IRS Federal Tax Levy | 1,982.08 | 4,379.75 |
| | | | Support Fee | 2.50 | 22.50 |
| | | | Additional Bank Deposit(s) | 429.17 | |
| TOTAL BEFORE TAX DEDUCTIONS | 0.00 | 792.00 | TOTAL AFTER TAX DEDUCTIONS | 2,819.75 | 7,707.25 |

| Messages: | | |
|---|---|---|
| | YTD Federal Tax Base | 39,277.99 |
| | YTD Tier  I Tax Base | 39,277.99 |
| | YTD Tier II Tax Base | 39,277.99 |

\* Indicates Prior Period Amount(s)
\# Not included in Gross but taxed

RETAIN THIS STATEMENT FOR YOUR RECORDS

# BNSF RAILWAY COMPANY



| MM | DD | YYYY |
|---|---|---|
| 05 | 08 | 2015 |

took home

| Deposit Amount |
|---|
| $179.17 |

SIMEON WASHA AMEN RA
P.O. BOX 199273
CHICAGO IL  60619-1016

BNSF Railway Company

| PO Box 1738 Topeka KS 66601 | Personnel Number : 07440308 | | | Pay Area | PAYMENT SUMMARY | |
|---|---|---|---|---|---|---|
| | Amen Ra, Simeon Washa | | | OE | Total Gross Earnings | 4,433.44 |
| Pay Period 12/01/2015 to 12/15/2015 | Tax | Status | Exemption | Addl.Taxes | Total Taxes | -1,353.22 |
| | | | | | Total Before Tax Deductions | -198.00 |
| | | | | | Total After Tax Deductions | -2,651.05 |
| | FED | S | 00 | 0.00 | | |
| Pay Date     12/23/2015 | IL | S | 00 | 0.00 | NET PAY | 231.17 |

| GROSS EARNINGS | | | | TAXES | | |
|---|---|---|---|---|---|---|
| | Hours | Rate | Current | | Current | Year-To-Date |
| Straight Time | | | 2,471.52 | Federal      FED | | |
| Overtime | | | 1,344.04 | Withholding Tax | 870.39 | 20,418.57 |
| Extra Board Guarantee | | | 617.88 | EE Railroad Rtmt Tier1 | 262.59 | 6,182.51 |
| | | | | EE Railroad Rtmt Tier2 | | 4,321.80 |
| | | | | EE Medicare Tax | 61.41 | 1,445.91 |
| | | | | State       IL | | |
| | | | | Withholding Tax | 158.83 | 3,739.44 |
| TOTAL GROSS EARNINGS | | | 4,433.44 | TOTAL TAXES | 1,353.22 | 36,108.23 |

| BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | |
|---|---|---|---|---|---|
| | Current | Year-To-Date | | Current | Year-To-Date |
| Sch Medical - Pre-Tax | 198.00 | 2,376.00 | Union Dues BLET- 458 | | 1,195.00 |
| | | | Union Dues UTU - 171 | | 152.00 |
| | | | Child Support | 300.00 | 7,200.00 |
| | | | IRS Federal Tax Levy | 2,348.55 | 33,152.43 |
| | | | Support Fee | 2.50 | 60.00 |
| TOTAL BEFORE TAX DEDUCTIONS | 198.00 | 2,376.00 | TOTAL AFTER TAX DEDUCTIONS | 2,651.05 | 41,759.43 |

| Messages: | | |
|---|---|---|
| | YTD Federal Tax Base | 99,717.96 |
| | YTD Tier  I Tax Base | 99,717.96 |
| | YTD Tier II Tax Base | 88,200.00 |

* Indicates Prior Period Amount(s)
# Not included in Gross but taxed          RETAIN THIS STATEMENT FOR YOUR RECORDS

BNSF Railway Company

| PO Box 1738<br>Topeka KS 66601 | Personnel Number : 07440308 | | | Pay Area | PAYMENT SUMMARY | |
|---|---|---|---|---|---|---|
| | Amen Ra, Simeon Washa | | | OE | Total Gross Earnings | 4,000.12 |
| Pay Period<br>01/16/2016 to 01/31/2016 | Tax | Status | Exemption | Addl.Taxes | Total Taxes<br>Total Before Tax Deductions<br>Total After Tax Deductions | -1,455.66<br>0.00<br>-2,113.21 |
| Pay Date    02/10/2016 | FED<br>IL | S<br>S | 00<br>00 | 0.00<br>0.00 | NET PAY | 431.25 |

## GROSS EARNINGS

| | Hours | Rate | Current |
|---|---|---|---|
| Straight Time | | | 2,059.60 |
| Overtime | | | 1,108.46 |
| Personal Leave | | | 205.96 |
| Extra Board Guarantee | | | 626.10 |
| | | | |
| TOTAL GROSS EARNINGS | | | 4,000.12 |

## TAXES

| | Current | Year-To-Date |
|---|---|---|
| Federal     FED | | |
| Withholding Tax | 803.65 | 2,471.25 |
| EE Railroad Rtmt Tier1 | 248.00 | 757.37 |
| EE Railroad Rtmt Tier2 | 196.01 | 598.57 |
| EE Medicare Tax | 58.00 | 177.13 |
| State     IL | | |
| Withholding Tax | 150.00 | 458.08 |
| | | |
| TOTAL TAXES | 1,455.66 | 4,462.40 |

## BEFORE TAX DEDUCTIONS

| | Current | Year-To-Date |
|---|---|---|
| Sch Medical - Pre-Tax | | 198.00 |
| | | |
| TOTAL BEFORE TAX DEDUCTIONS | 0.00 | 198.00 |

## AFTER TAX DEDUCTIONS

| | Current | Year-To-Date |
|---|---|---|
| Union Dues BLET- 458 | 106.00 | 212.00 |
| Child Support | 300.00 | 900.00 |
| IRS Federal Tax Levy | 1,704.71 | 5,538.07 |
| Support Fee | 2.50 | 7.50 |
| | | |
| TOTAL AFTER TAX DEDUCTIONS | 2,113.21 | 6,657.57 |

| Messages: | | |
|---|---|---|
| | YTD Federal Tax Base | 12,215.72 |
| | YTD Tier  I Tax Base | 12,215.72 |
| | YTD Tier II Tax Base | 12,215.72 |

* Indicates Prior Period Amount(s)
# Not included in Gross but taxed          RETAIN THIS STATEMENT FOR YOUR RECORDS

BNSF Railway Company

| PO Box 1738<br>Topeka KS 66601 | Personnel Number : 07440308 | | | | Pay Area | PAYMENT SUMMARY | |
|---|---|---|---|---|---|---|---|
| | Amen Ra, Simeon Washa | | | | OE | Total Gross Earnings | 3,689.66 |
| Pay Period<br>02/01/2016 to 02/15/2016 | Tax | Status | Exemption | Addl.Taxes | | Total Taxes<br>Total Before Tax Deductions<br>Total After Tax Deductions | -1,242.43<br>-198.00<br>-2,015.98 |
| Pay Date     02/25/2016 | FED<br>IL | S<br>S | 00<br>00 | 0.00<br>0.00 | | NET PAY | 233.25 |

| GROSS EARNINGS | | | | TAXES | | |
|---|---|---|---|---|---|---|
| | Hours | Rate | Current | | Current | Year-To-Date |
| Straight Time | | | 1,853.64 | Federal     FED | | |
| Overtime | | | 1,066.57 | Withholding Tax | 673.28 | 3,144.53 |
| Personal Leave | | | 205.96 | EE Railroad Rtmt Tier1 | 216.49 | 973.86 |
| Extra Board Guarantee | | | 563.49 | EE Railroad Rtmt Tier2 | 171.09 | 769.66 |
| | | | | EE Medicare Tax | 50.63 | 227.76 |
| | | | | State     IL | | |
| | | | | Withholding Tax | 130.94 | 589.02 |
| TOTAL GROSS EARNINGS | | | 3,689.66 | TOTAL TAXES | 1,242.43 | 5,704.83 |

| BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | |
|---|---|---|---|---|---|
| | Current | Year-To-Date | | Current | Year-To-Date |
| Sch Medical - Pre-Tax | 198.00 | 396.00 | Union Dues BLET- 458 | | 212.00 |
| | | | Child Support | 300.00 | 1,200.00 |
| | | | IRS Federal Tax Levy | 1,713.48 | 7,251.55 |
| | | | Support Fee | 2.50 | 10.00 |
| TOTAL BEFORE TAX DEDUCTIONS | 198.00 | 396.00 | TOTAL AFTER TAX DEDUCTIONS | 2,015.98 | 8,673.55 |

| Messages: | | |
|---|---|---|
| | YTD Federal Tax Base | 15,707.38 |
| | YTD Tier  I Tax Base | 15,707.38 |
| | YTD Tier II Tax Base | 15,707.38 |

\* Indicates Prior Period Amount(s)
# Not included in Gross but taxed          RETAIN THIS STATEMENT FOR YOUR RECORDS