# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse  Room 2722 - 219 S. Dearborn Street  Chicago, Illinois 60604 | | Office of the Clerk  Phone: (312) 435-5850  www.ca7.uscourts.gov |
|---|---|---|

## NOTICE TO TRANSMIT RECORD ON APPEAL

April 8, 2016

| | |
|---|---|
| No. 16-1444 | SIMEON LEWIS, also known as SIMEON WASHA AMEN RA EX,  Plaintiff - Appellant  v.  BNSF RAILWAY COMPANY, et al.,  Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:14-cv-07173  Northern District of Illinois, Eastern Division  District Judge John Z. Lee ||

Pursuant to Circuit Rule 11(b), the record is to be transmitted to this court immediately for use in the decision in the above named cause. Do not send the Exhibits unless the court specifically requests them.

form name: **c7_NoticeTransROA**(form ID: **116**)